IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01853-BNB

ARTHUR JAMES GRIFFIN JR.,

    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## ORDER DISMISSING CASE

    Inadvertently this case was opened in this Court pursuant to 28 U.S.C. § 2254. The pleading is titled, "Application for Writ of Habeas Corpus Ad Prosequendum." Applicant is requesting that he brought before the Denver County District Court regarding Case No. 2014-300966/14GS006538.  This is not a § 2254 action and more properly is filed in the Denver County District Court.  Accordingly, it is

    ORDERED that the Clerk of the Court close this action.  It is

    FURTHER ORDERED that a copy of all pleadings be sent to the Denver County District Court.  It is

    FURTHER ORDERED that any pending motions are denied as moot.

    DATED at Denver, Colorado, this  8th  day of    July    , 2014.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK, Senior Judge
                              United States District Court